# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WHITNEY, | No. 3:17-CV-840 |
| Plaintiff, | (Judge Mannion) |
| v. | |
| SUPT. FERGUSON, *et al.*, | |
| Defendants. | |

## ORDER

In accordance with the accompanying Memorandum Opinion, I**T IS HEREBY ORDERED** that:

1. The motion for summary judgment of Defendants Ferguson, Hoffman, Breeden, Brown, and Proudfit (Doc. 67) is **GRANTED**.

2. The Clerk of Court shall enter judgment in favor of these defendants and as against Plaintiff on all claims in the amended complaint.

3. Defendants Miller, Chaplain John Doe, and Regional Deputy John Doe shall be **DISMISSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 15, 2021**

17-840-01-order